ERIBERTO DELEON *v.* COMMISSIONER
OF CORRECTION
(AC 29679)

Bishop, Beach and West, Js.

Argued April 6—officially released May 4, 2010

Per Curiam. The appeal is dismissed.

MILAN CAIS *v.* GREEN ACRES ASSOCIATES, LLC
(AC 31354)

DiPentima, C. J., and Gruendel and McDonald, Js.

Argued April 6—officially released May 4, 2010

Per Curiam. The judgment is affirmed.

HSBC BANK USA, N.A. *v.* VALERIE S. OLIVERIA ET AL.
(AC 30381)

DiPentima, C. J., and Beach and Alvord, Js.

Argued April 8—officially released May 4, 2010

Per Curiam. The judgment is affirmed.